**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF | No. CV-06-1072-PHX-SMM |
| Robert Ransom Horton, | BK No. 03-15574-GEN |
| Debtor. | ADV. No. 00-000 |
| _____ | BAP No. 000 |
| Paul F. Glenn, et al., | |
| Appellants, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Robert Ransom Horton, et al., | |
| Appellees. | |

Having received the parties' Stipulation for Dismissal With Prejudice (dkt. 8), filed with this Court on February 6, 2007, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal With Prejudice. (Dkt. 8.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED VACATING** the settlement status hearing scheduled to take place on February 12, 2007 at 11:00 a.m.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED VACATING** all other deadlines in this case.

2  DATED this 6th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -